UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BRYAN MORTON                                                          PETITIONER

V.                                     CIVIL ACTION NO. 3:18-CV-702-KHJ-FKB

WARDEN SHAW                                             RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge F. Keith Ball. [25]. After examining the record evidence, he recommended that Bryan Morton's 28 U.S.C. § 2254 petition for writ of habeas corpus be denied. *Id.* Morton has not objected, and his time to do so has passed.

Having fully review the Report and Recommendation, the Court concludes that the Report and Recommendation is well-reasoned and legally correct. The Report and Recommendation is adopted fully as this Court's own Order. Accordingly, it is ordered that Petitioner's writ of habeas corpus be denied and dismissed with prejudice. A separate Final Judgment shall issue this day. No Certificate of Appealability shall issue.

SO ORDERED AND ADJUDGED this the 25th day of February, 2022.

                                                                    s/ *Kristi H. Johnson*
                                                                    UNITED STATES DISTRICT JUDGE